1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

LELAND J. HEBERT,

Case No.: 20cv1350 DMS (MDD)

12

Plaintiffs,

**ORDER RE: ORAL ARGUMENT**

13

v.

14

ALLIED RUBBER & GASKET CO.,
INC.,

15

16

Defendants.

17
18
19
20

Plaintiff's motion for leave to amend his Complaint is currently scheduled for

21

hearing on March 26, 2021.  The Court finds this matter suitable for decision without oral

22

argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the March 26, 2021 hearing

23

is vacated.

24

**IT IS SO ORDERED**.

25
26
27
28

1    Dated:  March 22, 2021

2

3

                             Hon. Dana M. Sabraw, Chief Judge
                             United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2