# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND J. HEBERT,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED RUBBER & GASKET CO.,<br><br>Defendant. | CASE NO. 20-cv-1350-JO-MDD<br><br>**FINAL JUDGMENT** |

On September 30, 2022, the Court denied Plaintiff's motion for partial summary judgment and granted Defendant's motion for summary judgment. Accordingly, and pursuant to Federal Rule of Civil Procedure 58, the Court enters FINAL JUDGMENT in favor of Defendants and ORDERS the Clerk to close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/12/22

Honorable Jinsook Ohta
United States District Judge